```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 1/22/2018
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Parra Herrera et al.,

                Plaintiffs,

-against-

449 Restaurant, Inc. et al.,

                Defendants.

1:15-cv-06647 (SDA)

**ORDER**

**STEWART D. AARON, United States Magistrate Judge:**

This case is before the undersigned on consent (ECF No. 41). The parties filed a joint motion for settlement approval on June 8, 2017 (ECF No. 49). On September 14, 2017, Magistrate Judge Ellis issued an Order (ECF No. 55) finding that the settlement amount of $30,000 was fair and reasonable under *Cheeks v. Freeport Pancake House, Inc.*, 796 F.3d 199, 206 (2d Cir. 2015), but reducing the attorneys' fees to one-third of the settlement payment and ordering the parties to adjust the non-disparagement clause to allow Plaintiffs to make truthful statements in regards to facts underlying their claims.

On January 19, 2018, the parties submitted a revised settlement agreement for approval. This Court finds that the agreement complies with the requirements of Judge Ellis's Order. Therefore, it is hereby Ordered that the Settlement Agreement (ECF No. 63) is approved.

**SO ORDERED.**

DATED:    New York, New York
              January 22, 2018

_____
STEWART D. AARON
United States Magistrate Judge